IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 16-CV-23508

| | |
|---|---|
| CARLOS G. BRITO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| USA WIRELESS, INC. and LKS | ) |
| ASSOCIATES, L.P. a/k/a KENDALL | ) |
| VALUE CENTER, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE
AND RETENTION OF JURISDICTION**

    Plaintiff CARLOS BRITO and Defendants USA WIRELESS, INC. and LKS ASSOCIATES, L.P. a/k/a KENDALL VALUE CENTER (collectively, the "**Parties**"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that, pursuant to the Confidential Settlement Agreement entered into by them on January 10, 2017, the Parties respectfully request the Court enter an Order Dismissing this cause with Prejudice and retaining jurisdiction to enforce the terms of said Settlement Agreement.

    The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

    STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully Submitted,

By: s/ Rafael Viego  
   Rafael Viego III, Esq.  
   Florida Bar. No. 60967  
   **Federal Disability Advocates**  
   *Counsel for Plaintiff*  
   4300 Biscayne Boulevard, Suite 305  
   Miami, Florida 33137  
   Tel:(305)717-7530  
   Fax:(305)717-7539  
   E-mail:rviego@jltrial.com

By: s/ Debra M. Cohen  
   Debra M. Cohen, Esq.  
   Florida Bar No.: 351431  
   **Weisman, Brodie, Starr & Margolies, P.A.**  
   *Counsel for Defendants*  
   140 N. Federal Highway, 2nd Floor  
   Boca Raton, FL 33432  
   Tel:   (561) 241-6336 x 247  
   Fax:  (561) 241-6251  
   E-mail: rpelier@pelierlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, was served on January 13, 2017, via CM/ECF upon Debra M. Cohen, Esq., dcohen@wbsmlawyers.com.

By: s/ Rafael Viego III  
   Rafael Viego III, Esq.  
   Fla Bar. No.: 60967