UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-23508-GAYLES

**CARLOS G. BRITO,**
    Plaintiff,
v.

**USA WIRELESS, INC., et al.,**
    Defendants.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Final Dismissal with Prejudice and Retention of Jurisdiction [ECF No. 21]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement should enforcement become necessary.

This action is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE